JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES--GENERAL**

Case No.  **5:26-cv-01013-DTB**                    Date: **June 11, 2026**

Title:  **Anil M. Patel, et al v. Lenin Rodriguez, et al**

===============================================================

## DOCKET ENTRY

===============================================================

PRESENT:

**HON. DAVID T. BRISTOW, MAGISTRATE JUDGE**

Rachel Maurice                                         n/a
Deputy Clerk                                    Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFF:          ATTORNEYS PRESENT FOR DEFENDANT(S):
None present                                   None present

## PROCEEDINGS: (IN CHAMBERS) ORDER DISMISSING ACTION FOR FAILURE TO PROSECUTE

On June 3, 2026, the Court issued an Order to Show Cause ("OSC") regarding Plaintiffs' failure to file proof of service of the Summons and Complaint.  (Docket No. 7).  Plaintiffs were ordered to show cause in writing no later than June 10, 2026, why this action should not be dismissed for lack of prosecution.

In the OSC, Plaintiffs were expressly warned that failure to timely file a response to the OSC would result in this action being dismissed without prejudice for failure to prosecute and comply with Court orders.  See Fed. R. Civ. P. 41(b).

Plaintiffs have failed to timely file a response to the OSC.

Accordingly, pursuant to Fed. R. Civ. P. 41(b), this action is **DISMISSED** without prejudice.

**IT IS SO ORDERED**.

MINUTES FORM 11                              Initials of Deputy Clerk  RAM
CIVIL-GEN